IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHLOE SULLIVAN,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO.: 2:24-cv-00057-PPS-APR<br>) |
| PROP AND ROTOR MANAGEMENT LLC,<br>PENNY P. PROPERTIES LLC d/b/a<br>NWIRENTAL.COM, GARY FUND 2 LLC,<br>    Defendants. | )<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Chloe Sullivan, and Defendants, Prop and Rotor Management LLC, Penny P. Properties LLC d/b/a NWIRENTAL.com, and Gary Fund 2 LLC, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims against Defendants in their entirety. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

By: */s/Robin C. Clay*
Robin C. Clay
Curlin & Clay Law
8510 Evergreen Avenue., Suite 200
Indianapolis, IN 46240
rclay@curlinclaylaw.com
*Attorney for Plaintiff*

By: */s/ Anne M. Fishbeck w/permission*
Anne M. Fishbeck
Amundsen Davis, LLC
150 North Michigan Ave., Suite 3300
Chicago, IL 60601
afishbeck@amundsendavislaw.com
*Attorney for Defendant Prop & Rotor Management LLC*

1

| | |
|---|---|
| By: */s/ Hunter T. Edmonds w/permission* <br> Hunter T. Edmonds <br> Gordon Rees Scully Mansukhani LLP <br> 600 E. 96th Street, Suite 501 <br> Indianapolis, IN 46240 <br> hedmonds@grsm.com <br> *Attorney for Defendant Gary Fund 2 LLC* | By: */s/ Joseph Banasiak w/permission* <br> Joseph Banasiak <br> 8320 Kennedy Ave. <br> Highland, IN 46322 <br> josephbanasiak@att.net <br> *Attorney for Defendant Penny P. Properties, LLC d/b/a NWIRENTAL.com* |

Dated:  9/17/24