UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHLOE SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:24-cv-57-PPS-APR |
| ) | |
| PROP AND ROTOR MANAGEMENT ) | |
| LLC, PENNY P. PROPERTIES LLC ) | |
| d/b/a NWIRENTAL.COM, GARY ) | |
| FUND 2 LLC, | |
| Defendants. | |

### ORDER

Plaintiff Chloe Sullivan, and Defendants, Prop and Rotor Management LLC, Penny P. Properties LLC d/b/a NWIRENTAL.com, and Gary Fund 2 LLC, filed a Joint Stipulation of Dismissal With Prejudice [DE 28], stipulating to the dismissal of this entire case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal [DE 28] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause and all claims asserted therein **WITH PREJUDICE**. Each party will bear its own attorneys' fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: September 19, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT